**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DEANGELO MITCHELL, | Case No. 3:25-CV-00139-MMD-CLB |
| Plaintiff, | **ORDER DENYING MOTION FOR SERVICE AS PREMATURE** |
| v. | |
| CHRIS PIAETE, *et al.*, | [ECF No. 22] |
| Defendants. | |

Currently pending before the Court is Plaintiff DeAngelo Mitchell's ("Mitchell") motion to have the U.S. Marshals serve the six defendants for whom the Attorney General's Office declined to accept service for. (ECF No. 22; *see also* ECF No. 20.) Mitchell's motion is premature, however, because the Attorney General's Office has not yet filed the last known addresses of those defendants under seal. Mitchell's motion is therefore **DENIED AS PREMATURE**.

The Court hereby **ORDERS** the Attorney General's Office to **FILE UNDER SEAL** the last known addresses of the six defendants for whom they declined to accept service for on or before **Friday, April 17, 2026**. Once that is done, Mitchell may **REFILE** his motion to have the U.S. Marshals effectuate service of process on his behalf.

**IT IS SO ORDERED.**

**Dated**: April 13, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**