**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DEANGELO MITCHELL,

Plaintiff,

v.

CHRIS PIAETE *et al.*,

Defendants.

Case No. 3:25-CV-00139-MMD-CLB

**ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY MARSHAL AND SUBSTITUTE DEFENDANT**

[ECF Nos. 29, 30]

Before the Court is Plaintiff DeAngelo Mitchell's ("Mitchell") motion for service of process by the U.S. Marshal's service, (ECF No. 29), and motion to correct Defendant identification, (ECF No. 30).[1] The Court construes Mitchell's second motion as seeking to amend the complaint to substitute a defendant. For the reasons stated below, both motions are granted.

**I.    SERVICE OF PROCESS**

The Court will first address Mitchell's motion for service of process by the U.S. Marshal's service. (ECF No. 29.) The Office of the Attorney General did not accept service of process on behalf of Defendants Chris Piaete, Sean Witney, William Long, Travis Samkretta, Hobie Rose, and Justin Voss. (ECF No. 26.) However, the Attorney General has filed the last known address of Defendants **William Long**, **Hobie Rose**, and **Justin Voss** under seal.[2] (ECF No. 27 (sealed).)

Accordingly, Mitchell's motion for service of process by the U.S. Marshal is **GRANTED**. The Clerk shall **ISSUE** a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 12.)

---

[1]    The motions are identical. (*Compare* ECF No. 29 *with* ECF No. 30).

[2]    The Attorney General did not file an address for Travis Samkretta, as they accepted service on behalf of Travis Skretta. (ECF No. 26.) The Attorney General also did not file a last known address for Chris Piaete or Sean Witney because those individuals were never employed with the Nevada Department of Corrections. (*Id.*)

The Clerk shall also **SEND** sufficient copies of the complaint, (ECF No. 4), the screening order, (ECF No. 3), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Mitchell is reminded that if the above-named Defendants are not served by June 11, 2026, these Defendants will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

## II.    SUBSTITUTE DEFENDANT

Next, the Court will address Mitchell's motion to "correct Defendant information" by substituting "Shawn Whitney" for "Sean Witney." (ECF No. 30.) As noted above, the Court construes this motion as a motion to amend pursuant to Fed. R. Civ. P. 15(c)(3). This rule allows an amended pleading to relate back to the date of the original pleading when the amendment changes the name of a party against whom a claim is asserted if the claim asserted arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original pleading. (*Id.*)

Mitchell requests the Court allow him to substitute the name of the Defendant currently identified as "Sean Witney" for his correct name: "Shawn Whitney." (ECF No. 30 at 3.) Mitchell represents that he made a "clerical error" in drafting his initial complaint, causing the name to be misspelled. (*Id.*)

As the substitution of Shawn Whitney relates back to the conduct alleged in the original complaint, (ECF No. 1-1), Mitchell's motion, (ECF No. 30), is granted. Fed. R. Civ. P. 15(c)(3).

## III.    CONCLUSION

**IT IS THEREFORE ORDERED** Mitchell's motion for service of process by the U.S. Marshal, (ECF No. 29), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ISSUE** a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 27.) The Clerk shall also **SEND** sufficient copies of the complaint,

(ECF No. 8), the screening order, (ECF No. 7), and this order to the U.S. Marshal for service on **William Long**, **Hobie Rose**, and **Justin Voss**. The Court will separately provide to the U.S. Marshal a completed USM 285 form for each Defendant.

**IT IS FURTHER ORDERED** that Mitchell's motion to substitute, (ECF No. 30), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk update the docket to substitute Defendant "Shawn Whitney" for "Sean Witney".

**IT IS FURTHER ORDERED** that the Attorney General's Office shall file a notice with the Court indicating whether they will accept service on behalf of Shawn Whitney. If the Attorney General's Office cannot accept service, the Office shall file, under seal, Shawn Whitney's last known address, if available.

**DATED**: April 22, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

3