**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DEANGELO MITCHELL,

Plaintiff,

v.

CHRIS PIAETE, *et al.*,

Defendants.

Case No. 3:25-CV-00139-MMD-CLB

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ALTERNATE SERVICE**

[ECF No. 40]

On May 14, 2026, Plaintiff DeAngelo Mitchell ("Mitchell") filed a motion for alternative or substitute service upon Defendants Hobie Rose ("Rose") and Justin Voss ("Voss") through current counsel in a related carbon monoxide class action" or in the alternative, compelling the Attorney General to provide updated addresses under seal for those two defendants. (ECF No. 40.) Defendants did not respond. Mitchell's motion is granted in part and denied in part for the reasons below.

The Court previously granted Mitchell's motion for service of process by the U.S. Marshals and ordered that Defendants William Long, Hobie Rose, and Justin Voss be served. (ECF No. 31.) The summons for Hobie Rose and Justin Voss were returned as unexecuted. (ECF Nos. 36, 37.)  Mitchell thus filed the instant motion seeking an order directing the Attorney General's office to either accept service on behalf of Rose and Voss, who are represented by the Attorney General's office in another case, or provide updated addresses for Rose and Voss under seal. (ECF No. 40.) Mitchell also requests that the deadline for service be extended. (*Id.* at 3.)

First, the Court cannot order that the Attorney General's office accept service on behalf of Rose or Voss based on acceptance of service in another case. Thus, this portion of Mitchell's motion is denied. However, pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Thus, the portion of Mitchell's motion

requesting the Attorney General's office provide updated addresses for Rose and Voss is granted as unopposed. The portion seeking an extension of the service deadline is also extended for good cause.

Accordingly, **IT IS THEREFORE ORDERED** that Mitchell's motion is **DENIED IN PART** and **GRANTED IN PART** as follows:

- Mitchell's motion is **DENIED** as to the request for the Nevada Attorney General's Office to accept service on behalf of Rose or Voss based on acceptance of service in another case.

- Mitchell's motion is **GRANTED** as to the request for the Nevada Attorney General's Office to provide updated addresses for Rose and Voss.

**IT IS FURTHER ORDERED** that the Nevada Attorney General's Office shall determine if there are any additional addresses where Rose or Voss may be located. The Attorney General's office shall file a notice with the Court under seal on or before **Tuesday, June 23, 2026**, either with: (1) updated address information for both Rose and Voss; or, if no updated information is found, (2) an explanation of what steps were taken to try and find Rose and Voss's updated address information.[1]

**IT IS FURTHER ORDERED** that deadline for service of process is **July 23, 2026**.

**IT IS SO ORDERED**.

**DATED**: June 2, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court notes that the Attorney General's office was directed to provide an updated address for Voss in *Zucco v. State of Nevada*, 3:25-cv-00013-ART-CLB, and thereafter indicated the Attorney General's office would accept service on Voss's behalf.