**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DEANGELO MITCHELL,

Plaintiff,

v.

CHRIS PIAETE, *et al.*,

Defendants.

Case No. 3:25-CV-00139-MMD-CLB

**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER DIRECTING U.S. MARSHALS TO SERVE DEFENDANT SHAWN WHITNEY**

[ECF No. 45]

Before the Court is Plaintiff Deangelo Mitchell's ("Mitchell") motion to have the U.S. Marshals Service effectuate service of process on Defendant Shawn Whitney ("Whitney"). (ECF No. 45.) The Attorney General's Office previously declined to accept service on behalf of Whitney, (ECF No. 33), and filed his last known address under seal, (ECF No. 34). Mitchell therefore seeks a court order directing the Marshals to serve Whitney at that address. Good cause appearing, Mitchell's motion is **GRANTED**.[1]

The Court hereby **ORDERS** the U.S. Marshals Service to serve **Defendant Shawn Whitney** on Mitchell's behalf. The Clerk shall **ISSUE** a summons for Whitney and send the same to the U.S. Marshals Service with the address provided under seal. (*See* ECF No. 34.) The Clerk shall also **SEND** sufficient copies of the First Amended Complaint, (ECF No. 8), the Court's screening order, (ECF No. 7), and this order to the U.S. Marshals Service for service on Whitney.

///

///

---

[1] In his motion, Mitchell implies the Court should have *sua sponte* directed service once the Attorney General's Office filed Whitney's address under seal. However, in its order granting Mitchell's application to proceed *in forma pauperis*, the Court explicitly directed Mitchell to "file a motion identifying the unserved defendant(s)" and request service be effectuated on his behalf if the Attorney General's Office declined to accept service. (ECF No. 17 at 2.) Mitchell is reminded that he is responsible to follow the Court's orders and rules.

The Court will separately provide a completed USM 285 form to the U.S. Marshals Service.

**IT IS SO ORDERED**.

**DATED**: June 9, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**