# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

DEANGELO MITCHELL,

                                    Plaintiff,

v.

CHRIS PIAETE, *et al.*,

                                    Defendants.

Case No. 3:25-CV-00139-MMD-CLB

**ORDER GRANTING PLAINTIFF'S MOTION TO CLARIFY SCHEDULING ORDER**

[ECF No. 44]

Pending before the Court is Plaintiff Deangelo Mitchell's ("Mitchell") motion to clarify the discovery plan and scheduling order. (ECF No. 44.) Mitchell asks the Court to clarify what the relevant dates are for the disclosure of expert witnesses, which were not listed in the initial scheduling order. (*Id.*) Good cause appearing, Mitchell's motion is **GRANTED**. Pursuant to Local Rule 26-1(b)(3), expert disclosures must "be made 60 days before the discovery cut-off date" and rebuttal-expert disclosures must "be made 30 days after the initial disclosure of experts." Accordingly, the relevant dates are as follows:

| | |
|---|---|
| Disclosure of Initial Experts | September 9, 2026 |
| Disclosure of Rebuttal Experts | October 9, 2026 |

The deadline to file expert-related motions is the same as the deadline to file discovery-related motions, which is set for November 23, 2026, and the expert-related discovery cutoff is the same as discovery deadline, which is set for November 8, 2026. (*See* ECF No. 41 at 6.) The Court notes that this order does not alter any of the deadlines set in the discovery plan and scheduling order.

**IT IS SO ORDERED**.

**DATED**: __June 30, 2026__ .

_____
**UNITED STATES MAGISTRATE JUDGE**