**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DEANGELO MITCHELL,<br>Plaintiff,<br>v.<br>CHRIS PIAETE, *et al.*,<br>Defendants. | Case No. 3:25-CV-00139-MMD-CLB<br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br>[ECF No. 49] |

Currently pending before the Court is Plaintiff Deangelo Mitchell's ("Mitchell") motion for leave to file a Second Amended Complaint ("SAC"). (ECF No. 49.) Defendants filed a notice of non-opposition to Mitchell's motion. (ECF No. 51.) Good cause appearing, Mitchell's motion, (ECF No. 49), is **GRANTED**. The Clerk is directed to **FILE** Mitchell's SAC, (ECF No. 49 at 5-19), which is now the operative complaint in this case. Defendants shall file their response to Mitchell's SAC on or before **Friday, October 2, 2026**.

**IT IS SO ORDERED.**

**DATED**: August 3, 2026

UNITED STATES MAGISTRATE JUDGE