**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DEANGELO MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS PIAETE, *et al.*,<br><br>Defendants. | Case No. 3:25-CV-00139-MMD-CLB<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SCREENING OR ISSUANCE OF SUMMONS**<br><br>[ECF No. 54] |

Currently pending before the Court is Plaintiff DeAngelo Mitchell's ("Mitchell") motion for screening of his Second Amended Complaint ("SAC") or issuance of summons upon the Defendants added in his SAC. (ECF No. 57.) On July 10, 2026, Mitchell filed a motion for leave to file his proposed SAC. (ECF No. 49.) That motion stated: "Plaintiff therefore seeks leave to file a second amended complaint *to add three newly identified defendants.*" (*Id.* at 1 (emphasis added).) Defendants filed a non-opposition to Mitchell's motion to amend, explaining they did not oppose because "Plaintiff indicates in his motion that he is merely seeking to name proper defendants in this matter. To that extend, (sic) Defendants do not oppose. Should this Court interpret Plaintiff's Motion any other way, Defendants request the opportunity to address the Court's interpretation." (ECF No. 51.) Consequently, the Court granted Mitchell's motion for leave to file his proposed SAC as unopposed. (ECF No. 52.) The SAC added three defendants: Ihsan Azzam, Derek Reilly, and Joseph Benson. (ECF No. 53.)

Mitchell now moves for either clarification regarding whether his SAC will be re-screened and if not, for the issuance of summons to Ihsan Azzam, Derek Reilly, and Joseph Benson. (ECF No. 54.) The portion of Mitchell's motion seeking clarification regarding re-screening is granted to the Court now clarifies it will not re-screen the SAC based on Defendants' non-opposition. The remainder of Mitchell's motion seeking the issuance of summons is denied as premature because the Court will first direct the

Nevada Attorney General's Office to indicate whether they will accept service on behalf of Ihsan Azzam, Derek Reilly, and Joseph Benson.

## I. CONCLUSION

**IT IS THEREFORE ORDERED** that Mitchell's motion, (ECF No. 57), is **GRANTED** to the extent Mitchell seeks clarification regarding screening and **DENIED** as premature to the extent he seeks the issuance of summons.

**IT IS FURTHER ORDERED** that within twenty-one days of the date of entry of this order, the Attorney General's Office shall file a notice advising the Court and Mitchell of whether it can or cannot accept service on behalf of Defendants Ihsan Azzam, Derek Reilly, and Joseph Benson. If the Attorney General's Office cannot accept service on behalf of Ihsan Azzam, Derek Reilly, and Joseph Benson, the Office shall file, under seal, but shall not serve on Mitchell the last known address of Ihsan Azzam, Derek Reilly, and Joseph Benson, if it has such information. If the last known address of Ihsan Azzam, Derek Reilly, or Joseph Benson is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address. If service cannot be accepted for Ihsan Azzam, Derek Reilly, and Joseph Benson, Espinosa shall file a motion requesting issuance of a summons, specifying a full name and address for Long.

**IT IS FURTHER ORDERED** that if the Attorney General accepts service of process for Ihsan Azzam, Derek Reilly, and Joseph Benson, they shall file and serve an answer or other response to the SAC, (ECF No. 53), within 60 days from the date of this order.

**IT IS FURTHER ORDERED** that if service cannot be accepted for Ihsan Azzam, Derek Reilly, or Joseph Benson, Mitchell shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s). For the defendant(s) as to which the Attorney General has not provided last-known-address information, Mitchell shall provide the full name and address for the defendant(s).

///

**IT IS FURTHER ORDERED** that service of Ihsan Azzam, Derek Reilly, and Joseph Benson must be perfected on or before **November 1, 2026**, pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED**.

**DATED**: September 11, 2026.

**UNITED STATES MAGISTRATE JUDGE**